BEFORE THE SECOND DIVISION, SEPTEMBER 10, 1962

**No. 67014.**—Victoria Distributors, Inc. *v.* United States, protests 62/1405 and 62/1406 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.